TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00541-CV

Texas Workers' Compensation Insurance Facility, Appellant

v.

Taylor Interests, Inc.; John Randall (J.R.) Taylor; Dawson Production Taylor, Inc.;
Taylor Companies, Inc.; Jeannie Hollingshead; Keith Chapman; AMM Insurance
Agency, Inc.; Dan R. Pavillard; and Gregory C. Donaldson, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT

NO. 96-08303, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING

PER CURIAM

 Appellant has filed a motion to dismiss appeal. We grant appellant's motion and
dismiss the appeal. See Tex. R. App. P. 42.1(a)(2). 

Before Justices Jones, Kidd and Patterson

Dismissed on Appellant's Motion

Filed: September 30,1999

Do Not Publish